UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rickey H. Williams,

    Plaintiff,                                         Case No. 10-14149

v.                                                        Hon. Nancy G. Edmunds

Commissioner of Social Security,

    Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for remand is GRANTED, and this matter is hereby REMANDED for a new hearing consistent with the Report and Recommendation pursuant to sentence six of 42 U.S.C. § 405(g).

SO ORDERED.

                                                        s/Nancy G. Edmunds
                                                        Nancy G. Edmunds
                                                        United States District Judge

Dated: December 14, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 14, 2011, by electronic and/or ordinary mail.

                                                         s/Carol A. Hemeyer
                                                        Case Manager